

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2022

No. 04-22-00805-CV

**UBER TECHNOLOGIES, INC.**, and Rasier, LLC,
Appellants

v.

Brooks W. **BOENIG** and Bridget B. Connolly-Boenig,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI02105
Honorable Norma Gonzales, Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record contains the trial court's handwritten notes indicating an intent to deny the defendants' motion to compel arbitration, but the clerk's record does not contain a signed, appealable order. *See Goff v. Tuchscherer*, 627 S.W.2d 397, 398–99 (Tex. 1982); *Lares v. Muniz*, No. 04-20-00047-CV, 2020 WL 2441423, at *1 (Tex. App.—San Antonio May 13, 2020, no pet.) (mem. op.).

On December 8, 2022, we ordered Appellants to show cause in writing by December 19, 2022, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

On the due date, Appellants filed a motion to abate this appeal for thirty days to give the trial court time to sign an appealable order.

Appellants' motion is GRANTED IN PART. We ABATE this appeal and REMAND this cause to the trial court. We ORDER Appellants to ensure that a supplemental clerk's record with an appealable order is filed in this court within TWENTY DAYS of the date of this order. If Appellants fail to cure the jurisdictional defect as ordered, we will reinstate this appeal and dismiss it for want of jurisdiction without further notice. *See* TEX. R. APP. P. 42.3(a).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court